UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00515-MOC-DCK

| | | |
|---|---|---|
| **DISH NETWORK L.L.C. AND NAGRASTAR LLC,** | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | **ORDER** |
| **ELMIR BECIRSPAHIC,** | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the parties' Stipulation for Entry of Final Judgment and Permanent Injunction (#5). After reviewing the parties' pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties' Stipulation for Entry of Final Judgment and Permanent Injunction (#5) is **GRANTED** and that the Final Judgment and Permanent Injunction reached in this matter is hereby **APPROVED**.

**IT IS FURTHER ORDERED THAT:**

1. Judgment is entered for Plaintiffs DISH Network L.L.C. and NagraStar LLC (collectively, "DISH Network") on Count V of the complaint alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520.

2. Defendant, and any person acting in active concert or participation with Defendant that receives actual notice of this order, is hereby permanently enjoined from:

    A. circumventing or assisting others in circumventing DISH Network's

security system, or otherwise intercepting or assisting others in intercepting DISH Network's satellite signal;

B.  testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

3.  This permanent injunction takes effect immediately.

4.  The Court has been informed that the parties agreed to a confidential settlement sum, and therefore there are no damages awarded by the Court.

5.  Each party is to bear its own attorney's fees and costs.

6.  The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Signed: September 26, 2017

*[Signature]*
Max O. Cogburn Jr
United States District Judge